UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | PLAINTIFF |
| | ) | | |
| v. | ) | CASE NO. 4:10CR00149-01JLH | |
| | ) | | |
| ROGER STEPHEN CLARY | ) | | DEFENDANT |

**MOTION FOR CONTINUANCE**

Comes the defendant, Roger Stephen Clary, by and through appointed counsel, and for his Motion, states as follows:

1. This matter is presently set for trial on August 23, 2010.

2. Defense counsel has requested discovery in this matter but it has not yet been received. Furthermore, Defendant is attempting to retain private counsel and needs additional time to accomplish this.

3. Opposing counsel has been contacted and does not oppose this request.

4. An Order continuing this case from its present trial setting is requested in this matter.

5. No prejudice will result from the granting of a continuance, as such time would be excludable under the Speedy Trial Act.

6. This Motion is brought in good faith and not for the purpose of delay or for any other improper purpose.

WHEREFORE, defense counsel prays that this Motion be granted, and for all other just and appropriate relief to which defendant is entitled.

>Respectfully submitted,
>
>JENNIFFER HORAN
>FEDERAL DEFENDER
>
>By: /s/ Lisa G. Peters
>Lisa G. Peters, Bar No. 89-099
>Assistant Federal Defender
>The Victory Building, Suite 490
>1401 West Capitol Avenue
>Little Rock, AR 72201
>Phone: (501) 324-6113
>Email: Lisa_Peters@fd.org
>
>For: Roger Stephen Clary, Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of August, 2010, a true and correct copy of the foregoing was mailed to the Defendant and was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Karen Whatley
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1229
Little Rock, Arkansas 72203
karen.whatley@usdoj.gov

Roger Stephen Clary

>/s/ Lisa G. Peters
>Lisa G. Peters